**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MANUEL FUENTES MENDOZA,<br>Petitioner,<br>v.<br>WARDEN, ADELANTO ICE PROCESSING CTR, et al.,<br>Respondents. | CASE NO. 5:26-cv-06105-SK<br>**ORDER EXTENDING STAY OF PETITION FOR 14 DAYS** |

The stay of this 28 U.S.C. § 2241 is extended for 14 days, to and including December 1, 2026. All other terms of the court's stay order remain in effect. Nothing in the court's orders, however, should be construed as limiting the immigration judge's ordinary discretion to continue the hearing for a reasonable period based on a valid showing of good cause—including a reasonable request by petitioner to secure appearance of immigration counsel at the bond hearing or to marshal documentary evidence for that hearing. *See*, *e.g.*, 8 C.F.R. § 1003.29.

IT IS SO ORDERED.

DATED: November 12, 2026

STEVE KIM
United States Magistrate Judge